**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **QUINN LUNDGREN EAKER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-443-O |
| | § | |
| **SECURED COLLATERAL** | § | |
| **MANAGEMENT et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 24. No objections were filed.[1] The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, Defendants Mary Moore and Mark Newman are **DISMISSED without prejudice**.

**SO ORDERED** on this **10th day** of **April, 2015.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that Plaintiff filed a Notice of Request for Action (ECF No. 27) on April 2, 2015. Plaintiff's Notice does not make any objections to the Magistrate Judge's Findings, Conclusions, and Recommendation. *See* Pl.'s Notice, ECF No. 27.